UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL T. JACKSON,<br><br>                       Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS WASHINGTON, et al.,<br><br>                       Defendants. | Case No. C16-1856-RAJ-MAT<br><br>ORDER TO SHOW CAUSE |

       This is a civil rights action brought under 42 U.S.C. § 1983. On December 28, 2016, the Court directed that plaintiff's amended complaint be served on defendants C. Kinslow, a dentist at the Monroe Correctional Complex ("MCC"); Lynn Kunkle, a nurse at the MCC; and Tim Thrasher, a Department of Corrections manager. (Dkt. 7.) The Clerk mailed the appropriate paperwork to each defendant at the physical address for the MCC, but all three service packets were returned as undeliverable with a notation "NOT HERE" on each envelope. (*Id.*; Dkts. 8-10.) Plaintiff subsequently submitted to the Court alternative addresses for the defendants. (Dkt. 11.) On February 7, 2017, the Court directed the Clerk to re-serve defendants at the addresses provided by plaintiff. (Dkt. 12.)

       Ms. Kunkle and Mr. Thrasher received their service packets and counsel appeared on their

ORDER - 1

behalf and filed an answer. (Dkts. 14-17.) Dr. Kinslow, however, has not returned the waiver of service of summons that was included in his service packet. Presumably he received the service packet the second time it was sent because it was not returned to the Court.

Based on the foregoing, the Court ORDERS:

(1) Defendant C. Kinslow shall SHOW CAUSE within *twenty-one (21) days* of the date of this Order why the Court should not direct that he be personally served and why the cost of such personal service should not by assessed pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for Ms. Kunkle and Mr. Thrasher, to Dr. Kinslow at the address provided by plaintiff in Docket 11, and to the Honorable Richard A. Jones.

DATED this 3rd day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2