UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T. JACKSON,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS WASHINGTON, et al.,

        Defendants.

Case No. C16-1856-RAJ-MAT

ORDER TO SHOW CAUSE

This is a 42 U.S.C. § 1983 civil rights action. On May 18, 2017, the Court issued an Order directing the Clerk to serve plaintiff's amended complaint on defendant C. Kinslow, DDS. (Dkt. 23.) The service Order directed Dr. Kinslow to return the waiver of service within 30 days and to file an answer within 60 days of the date designated on the notice of lawsuit. (*Id.* at 2.) Dr. Kinslow timely returned the waiver of service (Dkt. 24), but the 60-day deadline has passed, and he has not filed an answer to plaintiff's amended complaint.

Accordingly, the Court ORDERS:

(1)    Dr. Kinslow shall SHOW CAUSE within ***fourteen (14) days*** of the date this Order is signed why default should not be entered against him in this action for failure to timely respond to plaintiff's amended complaint.

ORDER TO SHOW CAUSE - 1

(2) The Clerk is directed to send copies of this Order to plaintiff, to Dr. Kinslow at the address provided in Docket 22, to counsel for the other defendants, and to the Honorable Richard A. Jones.

Dated this 10th day of August, 2017.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2