UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL T. JACKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS WASHINGTON, et al.,<br><br>                Defendants. | Case No. C16-1856-RAJ-MAT<br><br>ORDER ON DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER AND PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Defendant Christopher Kinslow failed to timely file an answer after waiving service of process. The Court ordered him to show cause why a default should not be entered against him. (Dkt. 26.) In response, Dr. Kinslow explained his confusion regarding how to contact and obtain representation through his former employer, the Monroe Correctional Complex. (Dkts. 28 & 29.) Counsel has appeared on his behalf, and he is ready to fully participate in the litigation. (Dkts. 27 & 29.) Plaintiff filed a reply asking the Court to enter default judgment in his favor. (Dkt. 30.)

Having considered the foregoing, the Court finds and ORDERS:

(1) Plaintiff's request for entry of default judgment is DENIED. Entry of default judgment is left to the Court's sound discretion. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir.

ORDER ON DEFENDANT'S RESPONSE
TO SHOW CAUSE ORDER AND
PLAINTIFF'S REQUEST FOR DEFAULT
JUDGMENT - 1

1980). In exercising its discretion, the Court considers (1) the possibility of prejudice to the plaintiff if relief is denied; (2) the substantive merits of the plaintiff's claims; (3) the sufficiency of the claims raised in the complaint; (4) the sum of money at stake in relationship to the defendant's behavior; (5) the possibility of a dispute concerning material facts; (6) whether default was due to excusable neglect; and (7) the preference for decisions on the merits when reasonably possible. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Although Dr. Kinslow has delayed this litigation, the Court finds that these factors weigh against entering default judgment, particularly given that plaintiff has not been prejudiced and Dr. Kinslow is ready to proceed to the merits.

(2) Dr. Kinslow shall answer plaintiff's amended complaint within **14 days** of the date this Order is signed. Thereafter, the Court will issue a pre-trial scheduling order.

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 29th day of August, 2017.

Mary Alice Theiler
United States Magistrate Judge