UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T JACKSON,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS WASHINGTON, et al.,

        Defendants.

Case No. C16-1856-RAJ

ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Defendants' motion for summary judgment, Dkt. 40, is DENIED; and

    (3)    The Clerk shall send copies of this Order to the parties and to Judge Theiler.

Dated this 18th day of April, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT -
1